

# THE THIRTEENTH COURT OF APPEALS

---

13-16-00526-CR

---

Billy Rushing
v.
The State of Texas

---

On appeal from the
347th District Court of Nueces County, Texas
Trial Cause No. 13-CR-3767-H

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

May 24, 2018